AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>KAFOMDI JOSEPHINE OKOCHA<br><br>*Defendant* | )<br>)  Case No.  6:23CR00022-002<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KAFOMDI JOSEPHINE OKOCHA                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to Commit Health Care Fraud, Health Care Fraud, and Money Laundering

Date:   11/28/2023

*C. Amos, Deputy Clerk*
*Issuing officer's signature*

City and state:   Roanoke, Virginia         ELIZABETH K. DILLON, U.S. DISTRICT JUDGE
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
*Arresting officer's signature*

*Printed name and title*